JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| JOHNNIE ANTHONY ECHOLS, | ) | No. CV 19-4877-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| ROBERT NEUSCHMID, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: March 25, 2020

                                                                  HONORABLE CORMAC J. CARNEY
                                                                   UNITED STATES DISTRICT JUDGE